## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONALD GIBBY, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 6:13-CV-00233 |
| | ) | |
| WAL-MART STORES, INC., a foreign | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATED DISMISSAL PURSUANT TO FRCP 41(A)(ii)

**COMES NOW** the Plaintiff, and pursuant to FRCP 41(A)(ii), and pursuant to a

stipulation entered into between the parties, Plaintiff voluntarily dismisses this action without

prejudice.

Respectfully submitted,

s/Greg A. Barnard
Greg A. Barnard, OBA No. 16107
LOFTIS & BARNARD
225 North Peters Avenue, Suite 1
Norman, Oklahoma 73069
(405)366-1400 - telephone
(405)366-0041 - facsimile
Greg@loftisandbarnard.com


/s/Michael W. Brewer
Michael W. Brewer, OBA #11769
Brock C. Bowers, OBA #15682
HILTGEN & BREWER, P.C.
9505 North Kelley Avenue
Oklahoma City, Oklahoma 73131
(405)605-9000 - telephone
(405)605-9010 - facsimile
ATTORNEYS FOR DEFENDANT